NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar #13644
REBECCA CLINTON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
rebecca.clinton@usdoj.gov
PATRICK MOTT
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
Patrick.mott@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| UNITED STATES OF AMERICA,<br><br>Plaintiff<br>v.<br><br>NADIR MIR,<br><br>Defendant. | Case No. 2:19-mj-557-CWH<br><br>GOVERNMENT'S MOTION FOR MAGISTRATE COURT TO PERMIT TELEPHONIC ATTESTATION OF COMPLAINT UNDER FED. R. CRIM. P. 4.1(A) AND (B)(2)(A) AND LOCAL CRIMINAL RULE 4-1 |
|---|---|

The United States of America, by and through NICHOLAS A. TRUTANICH, United States Attorney, and Rebecca Clinton, Assistant United States Attorneys, respectfully moves this Honorable Court pursuant to Federal Rule of Criminal Procedure 4.1(a) and (b)(2)(A) and Local Criminal Rule 4-1(a) and (b) for the Court to permit attestation of the complaint by the affiant by telephone.

1

Rule 4.1(a) provides that "[a] magistrate judge may consider information communicated by telephone or other reliable electronic means when reviewing a complaint or deciding whether to issue a warrant or summons." Rule 4.1(b)(2)(A) provides the procedure when the testimony to be considered is limited to attestation of the contents of a written affidavit alone. It provides that "[i]f the application does no more than attest to the contents of a written affidavit submitted by reliable electronic means, the judge must acknowledge the attestation in writing on the affidavit." Fed. R. Crim. P. 4.1(b)(2)(A).

LCR 4-1(a) provides that the consideration of information related to a complaint communicated by telephone is at the discretion of the court. Pursuant to LCR 4.1(b), the affiant for the complaint is Erin Brantley, Special Agent with the Federal Bureau of Investigation (FBI). Agent Brantley is physically located in the Northern District of Illinois.

The complaint submitted for attestation to the Court charges Nadir Mir with health care fraud in violation of Title 18, United States Code, Section 1347. More specifically, the complaint alleges that Mir has knowingly and willfully defrauded the Medicare program by misrepresenting the ownership and control of Hope Home Health, LLC, and then causing to be submitted claims for reimbursement of home health services allegedly provided to Medicare beneficiaries, which claims would not have been paid had Medicare been aware of Mir's misrepresentations as to the ownership and control of Hope Home Health, LLC, and fraudulently obtained money from the Medicare program.

The government requests that the Court consider the attestation telephonically because the investigation giving rise to the complaint is multi-jurisdictional and has been carried out over several months by agents located in the Northern District of Illinois and because Nadir

//

//

Mir is currently in custody in the Central District of California and is awaiting an initial appearance in that district.

DATED this 30th day of July, 2019.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Rebecca Clinton
REBECCA CLINTON
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| UNITED STATES OF AMERICA, | Case No. 2:19-mj-557-CWH |
|---|---|
| Plaintiff<br>v.<br>NADIR MIR,<br>Defendant. | ORDER FOR MAGISTRATE COURT TO PERMIT TELEPHONIC ATTESTATION OF COMPLAINT UNDER FED. R. CRIM. P. 4.1(A) AND (B)(2)(A) AND LOCAL CRIMINAL RULE 4-1 |

Based on the Motion of the government, and pursuant to Federal Rule of Criminal Procedure 4.1(a) and (b)(2)(a) and Local Criminal Rule 4-1, the Court permits attestation of the complaint by Agent Brantley by telephone.

DATED this 30th day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

4