NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar No. 13644
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar No. 12940
501 Las Vegas Blvd., South #1100
Las Vegas, Nevada 89101
(702) 388-6336
Christopher.Burton4@usdoj.gov
Attorney for the United States of America

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:19-mj-00557-VCF |
| Plaintiff, | MOTION UNDER LR IA 11.3 FOR DEPARTMENT OF JUSTICE TRIAL ATTORNEY TO APPEAR IN THIS COURT ON BEHALF OF THE UNITED STATES |
| v. | |
| NADIR MIR, | |
| Defendant. | |

The United States of America, by and through NICHOLAS A. TRUTANICH, United States Attorney, and CHRISTOPHER BURTON, Assistant United States Attorney, respectfully moves for United States Department of Justice, Fraud Section, Trial Attorney PATRICK MOTT to be permitted to appear in this Court in the above captioned case under LR IA 11.3. Mr. Mott is a member in good standing of the New York State Bar, number 4954400.

///

///

1

In addition, he is employed by the United States as an attorney, and in the course and scope of his employment has occasion to appear in this Court on behalf of the United States.

Dated this 15th day of August, 2019.

NICHOLAS A. TRUTANICH
United States Attorney


*//s// Christopher Burton*
CHRISTOPHER BURTON
Section Chief, Special Prosecutions
Assistant United States Attorney

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

August 15, 2019