LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**Law Office of Lisa Rasmussen, PC**
601 South Tenth Street, Suite 100
Las Vegas, NV 89101
(702) 471-1436 (T) | (702) 489-6619 (F)
Lisa@LRasmussenLaw.com

Attorneys Nadir Mir

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATE OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> NADIR MIR, <br><br> Defendant | Case No.: 2:19-mj-00557 VCF <br><br> **STIPULATION TO CONTINUE PRELIMINARY HEARING DATE; AND ORDER** |

COME NOW the parties, Nadir Mir, by and through his counsel, Lisa Rasmussen, Esq., and the United States, by and through its counsel, DOJ AUSA Patrick Mott, and hereby stipulate as follows:

1. Mr. Mir was arrested at the Los Angeles International Airport on July 30, 2019.

2. The complaint in this case was filed on July 30, 2019;

3. Mr. Mir first appeared in the District of Nevada, pursuant to a Rule 5 transfer, on August 9, 2019;

4. A preliminary hearing was scheduled for August 23, 2019, a date within 14 days of Mr. Mir's initial appearance;

5. In addition to being represented by Ms. Rasmussen, Mr. Mir also had counsel in Chicago, Barry Sheppard. Mr. Sheppard is in the process of preparing

STIPULATION TO CONTINUE PRELIMINARY HEARING DATE; AND ORDER - 1

the pro hac vice application to permit his appearance in this case, and this requires him to get a certificate from his state bar, and so forth;

    6.    Ms. Rasmussen has out of the country travel planned from August 19, 2019, through September 3, 2019;

    7.    The parties request a date not earlier than 45 days from today's date;

    8.    No discovery has been provided to the defense and the parties would appreciate some time to address other logistics;

    9.    This stipulation is not made for the purpose of delay;

    10.    Prejudice would result to Mr. Mir if this request were denied and Mr. Mir understands that he is waiving his right to a preliminary hearing within 14 days;

    11.    Pursuant Title 18, United States Code, Section 3161(b), any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested or served with a summons in connection with such charges.

    12.    Pursuant to Rule 5.1, with the defendant's consent and upon a showing of good cause, this court may extend the preliminary hearing date;

    13.    The additional time requested by this Stipulation is excludable only in computing the time within which an indictment must be filed pursuant to Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv);

. . .

. . .

. . .

STIPULATION TO CONTINUE PRELIMINARY HEARING DATE; AND ORDER - 2

14. This is the first stipulation to continue filed herein.

**IT IS SO STIPULATED**.

DATED:

| | |
|---|---|
| **Law Office of Lisa Rasmussen,** | **Nicholas Trutanich** <br> United States Attorney- Dist of NV |
| /s/ Lisa A. Rasmussen | /s/ Patrick Mott |
| _____ | _____ |
| LISA A. RASMUSSEN, ESQ. <br> Counsel for Nadir Mir | BY: TRIAL ATTORNEY PATRICK MOTT <br> Counsel for the United States |

**ORDER**

Upon the Stipulation of the Parties, and good cause appearing,

IT IS HEREBY ORDERED that the preliminary hearing scheduled for August 23, 2019 shall be vacated and rescheduled to October 3, 2019 at the hour of 4:00 PM.

Dated: August 19, 2019  _____

Cam Ferenbach
United States Magistrate Judge

STIPULATION TO CONTINUE PRELIMINARY HEARING DATE; AND ORDER - 3