NICHOLAS TRUTANICH
United States Attorney
PATRICK MOTT
Trial Attorney
Fraud Section
U.S. Department of Justice
CHRISTOPHER F. BURTON
Nevada Bar No. 12940
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
patrick.mott@usdoj.gov
christoper.burton4@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NADIR MIR,<br><br>Defendant. | 2:19-mj-00557-VCF<br><br>GOVERNMENT'S MOTION TO DISMISS CRIMINAL COMPLAINT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(A) |

The United States of America, by and through the undersigned attorneys, respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the above-captioned case against defendant NADIR MIR.

On September 26, 2019, Mir was indicted in the Northern District of Illinois on three counts of Health Care Fraud in violation of 18 U.S.C. 1347 and two counts of Money Laundering in violation of 18 U.S.C. 1956(a)(1)(B)(i) under case number 1:19-cr-00052-4. The indictment in the Northen District of Illinois encompasses the same conduct alleged in Mir's complaint in the

1

above-captioned case in the District of Nevada. As a result, the United States respectfully requests that the above-captioned case, 2:19-mj-00557-VCF, against defendant Mir be dismissed without prejudice, and the case against him be closed.

DATED: October 2, 2019.

Respectfully submitted,

NICHOLAS TRUTANICH
United States Attorney

//s//
CHRISTOPHER BURTON
Assistant United States Attorney

//s//
PATRICK MOTT
Trial Attorney

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: October 2, 2019

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the United States Attorney's Office. A copy of the foregoing **GOVERNMENT'S MOTION TO DISMISS CRIMINAL COMPLAINT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(A)** was served upon counsel of record, via Electronic Case Filing (ECF).

**DATED**: October 2, 2019.

*/s/ Christopher Burton*

CHRISTOPHER BURTON
Assistant United States Attorney